UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


MMG Insurance Company, et al.

        v.                                                    Case No. 04-cv-201-SM

Toastmaster, Inc.


ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.


December  13 , 2005                                      _____
                                                                   Steven J. McAuliffe
                                                                   Chief Judge


cc:    Charles W. Grau, Esq.
         Jason R.L. Major, Esq.
         Thomas J. Donovan, Esq.
         Eric M. Summers, Esq.